**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, SBN 232223
Irakli Karbelashvili, SBN 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN RODGERS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>DAJASATO BOLLES LLC, a California limited liability company; VICTOR M. SAHAGUN, an individual, and JOSE C. SAHAGUN, an individual, collectively d/b/a LA HECIENDA TAQUERIA & RESTAURANT; and DOES 1-10, Inclusive,<br>　　　　　Defendants. | **Case No.** 15-cv-5934-LB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE JULY 21, 2016 CASE MANAGEMENT CONFERENCE; TAKING OFF CALENDAR PLAINTIFF'S MOTION TO COMPEL COMPLIANCE; AND CONTINUING THE DEADLINE FOR PLAINTIFF TO FILE "NOTICE OF NEED FOR MEDIATION"** |

　　　　Plaintiff JOHN RODGERS (hereinafter "Plaintiff") and DAJASATO BOLLES, LLC. (hereinafter "Defendant"), by and through their attorneys of record, stipulate as follows:

1.　Plaintiff filed this action on December 21, 2015.

2.　On June 7, 2016, Plaintiff filed a Motion to Compel Compliance with General Order 56 in order to be able to inspect Defendant's property. Defendant did not file a response.

3.　On July 5, 2016, the Court set a Case Management Conference for July 21, 2016 and also directed Defendant to confer with Plaintiff regarding holding an inspection of its property.

4.　The Parties met and conferred on July 12, 2016 and agreed to allow Plaintiff's expert to inspect the property on August 5, 2016.

5.　Subsequently, Defendant provided Plaintiff with its own CASp report from June 30, 2016.

6. After having an opportunity to review the report, Plaintiff determined that having his own expert conduct an inspection would no longer be necessary.

7. On July 18, 2016, Plaintiff notified Defendant of his willingness to rely on Defendant's CASp report for purposes of resolving injunctive relief.

8. Plaintiff is in the process of putting together a formal settlement demand. The Parties believe that resources should be conserved in order to provide the best chance of resolving this matter through continuing negotiations.

9. For the above stated reasons, the Parties stipulate that the Case Management Conference set for July 21, 2016 at 11:00 a.m. be continued to October 27, 2016, at 11:00 a.m., or the first date thereafter that is available on the Court's calendar, so that the Parties can continue to engage in settlement discussions. The Parties also stipulate that Plaintiff's Motion to Compel (Dkt. 18) be taken off calendar. Lastly, the Parties request that the Court continue the deadline for Plaintiff to file his "Notice of Need for Mediation" until September 15, 2016.

Respectfully submitted,

Dated: July 18, 2016          */s/ Irene Karbelashvili*
                              Irene Karbelashvili, Attorney for Plaintiff
                              John Rodgers

Dated: July 18, 2016          */s/ Norine Busser*
                              Norine Busser, Attorney for Defendant
                              Dajasato Bolles, LLC

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, Irene Karbelashvili, hereby attest that I received the concurrence of Defendant's counsel in the filing of this document

By:   */s/ IreneKarbelashvili*
      IRENE KARBELASHVILI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Case Management Conference set for July 21, 2016, is hereby continued to  October 27, 2016  at 11:00am. The Parties' Joint Case Management Statement is due no later than  October 20, 2016  . It is further ordered that Plaintiff's Motion to Compel Compliance with General Order 56 be taken off calendar. Plaintiff is to file "Notice of Need for Mediation" no later than September 15, 2016.

**IT IS SO ORDERED**.

Dated:  July 19, 2016                   _____
United States Magistrate Judge