UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JOHN RODGERS,

        Plaintiff,

   v.

DAJASATO BOLLES LLC, et al.,

        Defendants.

Case No.  15-cv-05934-LB

ORDER OF CONDITIONAL DISMISSAL

Re: Dkt. No. 28

    Given the parties' settlement of their case, and the representation that the defendants will isgn the documents within the week, the court orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 28, 2016

_____

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California